UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | Case No. CV 17-05458-AB (JCx) |
| Jimmie Lee Lyons | |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| A.W. Chesterton Company, et al | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **120 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 31, 2018    _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE